NOVEMBER 7, 1997

No. 97–6672 (A–348). MATTHEWS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 10, 1997

No. 97–5538. CARTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy*, 521 U. S. 320 (1997).

No. D–1870. IN RE DISBARMENT OF ALLEN. Juliette Z. Allen, of Tustin, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1871. IN RE DISBARMENT OF TOKARS. Fredric W. Tokars, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–24. MANZANO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; and

No. M–25. LEWIS v. RUNYON, POSTMASTER GENERAL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96–1279. ROGERS v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 520 U. S. 1239.] Motion of petitioner for leave to file a supplemental brief after argument granted.